James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
PENGILLY LAW FIRM
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
Telephone: (702) 889-6665
Facsimile: (702) 889-6664
*Attorneys for Greenbriar
Townhouse Owners' Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TOMMY SEUFER; BONNIE SEUFER; and THE GREENBRIAR TOWNHOUSE OWNER'S ASSOCIATION, INC.,<br><br>Defendants. | CASE NO.: 2:17-cv-01827-APG-PAL<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND EXTEND TIME TO RESPOND**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for Plaintiff, FEDERAL HOME LOAN MORTGAGE CORPORATION ("FHLM"), and counsel for GREENBRIAR TOWNHOUSE OWNERS' ASSOCIATION ("Greenbriar"), that the Default (ECF No. 28) entered in this matter on January 23, 2018 against Greenbriar, be set aside; and

/ / /

/ / /

/ / /

/ / /

1

IT IS FURTHER STIPULATED that Greenbriar may have ten (10) days from the date of entry of the Order on this Stipulation in which to answer FHLM's Complaint on file herein.

DATED this 26th day of January, 2018.　　　　DATED this 26th day of January, 2018.

PENGILLY LAW FIRM　　　　　　　　　　　WRIGHT FINLAY & ZAK, LP

*/s/ Elizabeth Lowell*　　　　　　　　　　　　　/s/ *Carl Houston*
James W. Pengilly, Esq.　　　　　　　　　　　Dana J. Nitz, Esq.
Nevada Bar No. 6085　　　　　　　　　　　　Nevada Bar No. 0050
Elizabeth Lowell, Esq.　　　　　　　　　　　　Carl Houston, Esq.
Nevada Bar No. 8551　　　　　　　　　　　　Nevada Bar No. 11161
1995 Village Center Cir., Suite 190　　　　　　7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89134　　　　　　　　　　　　Las Vegas, NV 89117
(702) 889-6665　　　　　　　　　　　　　　　(702) 475-7964
*Counsel for Defendant*　　　　　　　　　　　*Counsel for Plaintiff*
*Greenbriar Townhouse Owners' Association*

## ORDER

IT IS SO ORDERED this 7th day of February, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**