MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
The Law Office of Mike Beede, PLLC
2470 St. Rose Pkwy., Ste. 201
Henderson, NV 89074
Phone: 702-473-8406
eservice@legallv.com
*Attorney for Defendants, Tommy Seufer and Bonnie Seufer*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TOMMY SEUFER; BONNIE SEUFER; THE GREENBRIAR TOWNHOUSE OWNER'S ASSOCIATION, INC.,<br><br>Defendants. | CASE NO. 2:17-cv-01827-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 34]** |

COME NOW, Defendants, Tommy Seufer and Bonnie Seufer (hereafter collectively "Defendants") by and through their attorneys of record, Michael Beede, Esq. and James W. Fox, Esq. of The Law Office of Mike Beede, PLLC; and Plaintiff, Federal Home Loan Mortgage Corporation (hereafter "Freddie Mac"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Regina A. Habermas, Esq. of the law firm of Wright Finlay & Zak LLP, and hereby stipulate as follows:

1. This matter concerns title to real property commonly known as 225 Pecos Way, Las Vegas, NV 89121 (the "Property").
2. On March 9, 2018, Freddie Mac filed its Motion for Summary Judgment [ECF No. 34].
3. A deadline of March 30, 2018 was given for Defendants to respond to Freddie Mac's Motion.
4. Defendants and Freddie Mac have been actively discussing settlement options.

5. Therefore, in an interest to further settlement discussions, the parties hereby stipulate to extend the deadline for Defendants to respond to Freddie Mac's Motion for Summary Judgment [ECF No. 34] by two (2) weeks, until the date of April 13, 2018.

This is the parties' first request for a modification of the briefing schedule and it is not intended to cause any delay or prejudice to any party.

Dated this 30th day of March, 2018.  
THE LAW OFFICE OF MIKE BEEDE, PLLC

/s/ Michael Beede  
Michael Beede, Esq.  
Nevada Bar No. 13068  
James W. Fox, Esq.  
Nevada Bar No. 13122  
2470 St. Rose Pkwy, Suite 201  
Henderson, NV 89074  
*Attorneys for Tommy and Bonnie Seufer*

Dated this 30th day of March, 2018.  
Wright Finlay & Zak, LLP

/s/ Regina Habermas  
Dana Jonathon Nitz, Esq.  
Nevada Bar No. 0050  
Regina A. Habermas, Esq.  
Nevada Bar No. 8481  
7785 W. Sahara Ave., Suite 200  
Las Vegas, NV 89117  
*Attorneys for Federal Home Loan Mortgage Corporation*

## ORDER

**IT IS SO ORDERED.**

_____  
UNITED STATES DISTRICT COURT JUDGE

DATED: 4/2/2018