UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TOMMY SEUFER, et al.,<br><br>Defendants. | Case No. 2:17-cv-01827-APG-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 42) |

This matter is before the court on a Stipulation for Substitution of Attorneys (ECF No. 42). Melanie D. Morgan and Donna M. Wittig of Akerman LLP seek leave to be substituted in the place of Dana J. Nitz, Regina A. Habermas, and Carl R. Houston of Wright, Finlay & Zak, LLP for plaintiff. LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

**IT IS ORDERED** that:

1. The Stipulation for Substitution of Attorney (ECF No. 42) is **GRANTED**.

/ / /

/ / /

/ / /

1

2. Melanie D. Morgan and Donna M. Wittig of Akerman LLP are substituted in the place of Dana J. Nitz, Regina A. Habermas, and Carl R. Houston of Wright, Finlay & Zak, LLP for plaintiff, subject to the provisions of LR IA 11-6(b), (c) and (d).

DATED this 19th day of April, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE