1 MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
2 DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
3 AKERMAN LLP
1635 Village Center Circle, Suite 200
4 Las Vegas, Nevada 89134
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
6 Email: donna.wittig@akerman.com

7 *Attorneys for Plaintiff Federal Home Loan Mortgage Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> TOMMY SEUFER; BONNIE SEUFER; THE GREENBRIAR TOWNHOUSE OWNER'S ASSOCIATION, INC., <br><br> Defendants. | Case No.: 2:17-cv-01827-APG-PAL <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF FEDERAL HOME LOAN MORTGAGE CORPORATION'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 34]** <br><br> **(FIRST REQUEST)** |

Plaintiff Federal Home Loan Mortgage Corporation (**"Freddie Mac"**), defendants Tommy and Bonnie Seufer (collectively, the **"Seufers"**) and defendant Greenbriar Townhouse Owner's Association, Inc. (**"Greenbriar"**), stipulate and agree that Freddie Mac shall have an additional fourteen (14) days, up to and including **May 9, 2018**, to file its reply in support of their motion for summary judgment, ECF No. 34. The reply is currently due on April 25, 2018, pursuant to ECF No. 41. The motion was filed on March 9, 2018, and the Seufers' response was filed on April 11, 2018.

…

…

…

…

44514417;1
44972159;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED: April 20, 2018 **AKERMAN LLP** /s/ Donna Wittig MELANIE D. MORGAN, ESQ. Nevada Bar No. 8215 DONNA M. WITTIG, ESQ. Nevada Bar No. 11015 1635 Village Center Circle, Suite 200 Las Vegas, Nevada 89134 *Attorneys for Federal Home Loan Mortgage Corporation* | DATED: April 20, 2018 **THE LAW OFFICE O MIKE BEEDE, PLLC** /s/ Michael Beede MICHAEL N. BEEDE, ESQ. Nevada Bar No. 13068 JAMES W. FOX, ESQ. Nevada Bar No. 1322 2470 St. Rose Parkway, Suite 201 Henderson, Nevada 89074 *Attorneys for Tommy and Bonnie Seufer* |
| DATED: April 20, 2018 **PENGILLY LAW FIRM** /s/ Elizabeth Lowell JAMES W. PENGILLY, ESQ. Nevada Bar No. 6085 ELIZABETH B. LOWELL, ESQ. Nevada Bar No. 8551 1995 Village Center Circle, Suite 190 Las Vegas, Nevada 89134 *Attorneys for The Greenbriar Townhouse Owner's Association, Inc.* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
4/23/2018
_____
**DATED**

44514417;1
44972159;1