# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Plaintiff <br><br> v. <br><br> TOMMY SEUFER; BONNIE SEUFER; AND THE GREENBRIAR TOWNHOUSE OWNER'S ASSOCATION, INC., <br><br> Defendants | Case No.: 2:17-cv-01827-APG-PAL <br><br> **Order Directing the Entry of Judgment** |

In light of my order (ECF No. 47) and the parties' agreement that nothing else remains of this case (ECF No. 48),

IT IS ORDERED that the clerk of court shall enter a final judgment in favor of plaintiff Federal Home Loan Mortgage Corporation and against the defendants as follows: It is hereby declared that the homeowners association's non-judicial foreclosure sale conducted on October 18, 2013, did not extinguish Federal Home Loan Mortgage Corporation's interest in the property located at 225 Pecos Way, Las Vegas, Nevada 89121, and thus the property is subject to the deed of trust.

IT IS FURTHER ORDERED that the clerk of court shall close this case.

DATED this 25th day of October, 2018.

                                         ANDREW P. GORDON
                                         UNITED STATES DISTRICT JUDGE